UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE individually, and RICHARD ROE on behalf of Minor A, Minor B, and Minor C,<br><br>                Plaintiffs,<br><br>    v.<br><br>BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA, DAWN HOROWITZ-PERSON,<br><br>                Defendants. | No. 2:20-cv-02248-TLN-DMC<br><br>**ORDER** |

      This matter is before the Court on Plaintiff John Doe's ("Plaintiff") Request to Seal Documents. (ECF No. 10-3.) Pursuant to Local Rule 141 and based upon the representations contained in Plaintiff's Request to Seal, IT IS HEREBY ORDERED that Exhibits 1–5, submitted alongside Plaintiff's Declaration in Support of Motion for TRO (*see* ECF No. 10-2), shall be SEALED until further order of this Court. *See, e.g.*, *Four in One Co. v. S.K. Foods, L.P.*, No. 2:08-cv-03017-KJM-EFB, 2014 WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014). Defendants and their counsel are prohibited from sharing these exhibits, or disclosing any information derived therefrom, absent express permission from this Court.

///

///

1

1       IT IS SO ORDERED.

2  DATED: December 7, 2020

_____
Troy L. Nunley
United States District Judge
