UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE individually, and RICHARD ROE on behalf of Minor A, Minor B, and Minor C,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA, DAWN HOROWITZ-PERSON,<br><br>    Defendants. | No. 2:20-cv-02248-TLN-DMC<br><br>**ORDER** |

This matter is before the Court on Plaintiff John Doe's ("Plaintiff") Request to Seal Documents pursuant to Local Rule 141.[1] (ECF No. 22.) Also before the Court is Defendants Butte County Probation Department and Roxanne Lara's (collectively, "Defendants") Request to Seal Documents pursuant to Local Rules 140 and 141. (ECF No. 23.) Both requests pertain to the same document — Defendants' Response to Order to Show Cause Re: Preliminary Injunction and Opposition to Pseudonym Motion (ECF No. 19) — and request the Court seal the document.

///

---

[1] Plaintiff's request additionally includes a "Request for Sanctions," which the Court construes as a Motion for Sanctions pursuant to Local Rule 110 and will address in a separate order. (*See* ECF No. 22.)

1

1    The Court has reviewed both requests and the pleadings on file in this action.  Pursuant to
2 Local Rule 141 and the requests of both Plaintiff and Defendants, and good cause appearing, both
3 requests are hereby GRANTED.  (ECF Nos. 22, 23); *see, e.g.*, *Four in One Co. v. S.K. Foods,*
4 *L.P.*, No. 2:08-cv-03017-KJM-EFB, 2014 WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014).
5    The Clerk of the Court is directed to SEAL Defendants' Response to Order to Show
6 Cause Re: Preliminary Injunction and Opposition to Pseudonym Motion.  (ECF No. 19.)  The
7 document shall remain under seal until the Court's December 9, 2020 Temporary Restraining
8 Order expires or the Court issues an order on Plaintiff's request for preliminary injunction,
9 whichever is sooner.
10    IT IS SO ORDERED.
11 DATED:  January 5, 2021

Troy L. Nunley
United States District Judge

2