1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of Minor A, Minor B, and Minor C,<br><br>     Plaintiffs,<br><br>     v.<br><br>BUTTE COUNTY PROBATION DEPARTMENT; ROXANNE LARA; and DAWN HOROWITZ-PERSON,<br><br>     Defendants. | No: 2:20-cv-02248-TLN-DMC<br><br>**ORDER** |

12

13

14

15

16

17

18

19

20

21   Before this Court is Plaintiff John Doe's ("Plaintiff") Request to Seal Documents. (ECF No.

22   31-2.) The Court has reviewed Plaintiff's Request and the supporting declaration of counsel. Pursuant

23   to the Court's January 5, 2021 Order granting Plaintiff's Motion to Proceed Under Pseudonyms and to

24   Redact or Seal Identifying Documents (ECF No. 28) and good cause appearing, Plaintiff's Request is

25   hereby GRANTED. *See, e.g.*, *Four in One Co. v. S.K. Foods, L.P.*, No. 2:08-cv-03017-KJM-EFB,

26   2014 WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014).

27   The Clerk of the Court is directed to SEAL Exhibits 1–2 attached to the Declaration of

28   Susannah Lund in Support of Plaintiff's Motion for Preliminary Injunction filed on January 6, 2021.

1    (*See* ECF No. 31-1.)  These documents shall remain under seal for the duration of this litigation unless

2    and until further order of the Court.

3             IT IS SO ORDERED.

4    DATED:  January 13, 2021

5

6

7

8                                                                 Troy L. Nunley
                                                                  United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28