UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, individually and on behalf of Minor A, Minor B, and Minor C,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUTTE COUNTY PROBATION DEPARTMENT; ROXANNE LARA; and DAWN HOROWITZ-PERSON,<br><br>    Defendants. | No: 2:20-cv-02248-TLN-DMC<br><br>**ORDER** |

Before this Court is Defendants Butte County Probation Department and Roxanne Lara's ("Defendants") Request to Seal Documents. (ECF No. 39-1.) The Court has reviewed Defendants' Request. Pursuant to the Court's January 5, 2021 Order granting Plaintiff's Motion to Proceed Under Pseudonyms and to Redact or Seal Identifying Documents (ECF No. 28) and good cause appearing, Defendants' Request is hereby GRANTED. *See, e.g.*, *Four in One Co. v. S.K. Foods, L.P.*, No. 2:08-cv-03017-KJM-EFB, 2014 WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014).

The Clerk of the Court is directed to SEAL the Declarations of Candice Carr and Roxanne Lara filed in support of Defendants' Opposition to Motion for Preliminary Injunction. (*See* ECF No. 39.)

These documents shall remain under seal for the duration of this litigation unless and until further order of the Court.

IT IS SO ORDERED.

Dated:  February 9, 2021

Troy L. Nunley
United States District Judge