1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN DOE, individually and on behalf of        No. 2:20-cv-02248-TLN-DMC
      MINOR A, MINOR B, and MINOR C,
12
                    Plaintiffs,
13                                                    **ORDER**
            v.
14
      BUTTE COUNTY PROBATION
15    DEPARTMENT, ROXANNE LARA,
      DAWN HOROWITZ-PERSON,
16
                    Defendants.
17

18

19          Before this Court is Petitioner Richard Roe's ("Petitioner") Request to Seal Documents.

20    (ECF No. 56-1.)  The Court has reviewed Petitioner's Request.  Pursuant to the Court's January

21    5, 2021 Order granting Plaintiff's Motion to Proceed Under Pseudonyms and to Redact or Seal

22    Identifying Documents (ECF No. 28) and good cause appearing, Petitioner's Request is hereby

23    GRANTED.  *See, e.g.*, *Four in One Co. v. S.K. Foods, L.P.*, No. 2:08-cv-03017-KJM-EFB, 2014

24    WL 4078232, at *2 n.1 (E.D. Cal. Aug. 14, 2014).

25          The Clerk of the Court is directed to SEAL:

26          (1) the unredacted copy of Exhibit 1 to the Petition for Appointment of Guardian Ad

27    Litem, the redacted copy for which was filed with the Petition (*see* ECF No. 56 at 5–15); and

28          (2) the Declaration and Disclosure of Attorney's Interest in Support of Petition for

1  Appointment of Guardian Ad Litem, in its entirety.  (*See* ECF No. 56.)

2         These documents shall remain under seal for the duration of this litigation unless and until

3  further order of the Court.

4         IT IS SO ORDERED.

5  DATED:  April 13, 2021

6

7

8                                                    _____

9                                                    Troy L. Nunley
                                                     United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28