UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN DOE, individually and on behalf of MINOR A, MINOR B, and MINOR C,

Plaintiffs,

v.

BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA, DAWN HOROWITZ-PERSON,

Defendants.

No. 2:20-cv-02248-TLN-DMC

**ORDER APPOINTING RICHARD ROE AS GUARDIAN AD LITEM FOR MINORS A, B, AND C**

Before this Court is Petitioner Richard Roe's ("Petitioner") Petition for Appointment of Guardian Ad Litem. (ECF No. 56.) Having considered the unopposed Petition, supporting papers and declaration of Richard Roe, and good cause appearing, the Petition is hereby GRANTED.

1. Richard Roe is appointed as guardian *ad litem* for Minors A, B, and C, Plaintiffs in the above-entitled action, and is authorized to litigate the action on their behalf; and

///

///

///

///

1

2. Consistent with the Court's January 5, 2021 Order granting Plaintiff's Motion to Proceed Under Pseudonyms and to Redact or Seal Identifying Documents (ECF No. 28), this appointed guardian *ad litem* may proceed under the pseudonym of Richard Roe.

IT IS SO ORDERED.

DATED: May 3, 2021

Troy L. Nunley
United States District Judge