1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11

12   JOHN DOE individually, and RICHARD          Case No.  2:20-cv-02248-TLN-DMC
     ROE on behalf of MINORS A, B, and C

13
                    Plaintiffs,
14                                                **ORDER**
         v.
15
     BUTTE COUNTY PROBATION
16   DEPARTMENT, ROXANNE LARA,
     DAWN HORWITZ-PERSON, CANDICE
17   CARR

18                  Defendants.

19

20          Upon a finding of good cause in Plaintiffs' Request to Seal Exhibits to Proposed Second

21   Amended Complaint, it is hereby ORDERED that Exhibits 1-14 to Second Amended Complaint

22   shall be filed under seal.

23   **DATED:  March 29, 2022**

24

25

26                                    _____
                                      Troy L. Nunley
27                                    United States District Judge

28