**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Alison J. Southard SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: dnorton@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
EMAIL: balpert@buttecounty.net
bstephens@buttecounty.net

Attorneys for Defendants
BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA and CANDICE CARR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DOE individually, and RICHARD ROE on behalf of MINORS A, B, and C;<br><br>Plaintiffs,<br><br>v.<br><br>BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA, DAWN HOROWITZ-PERSON, CANDICE CARR;<br><br>Defendants. / | Case No.: 2:20-cv-02248-TLN-DMC<br><br>**JOINT STIPULATION AND ORDER OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO FILE A SECOND AMENDED COMPLAINT**<br><br>Comp. Filed: November 9, 2020<br>FAC Comp. Filed: 03/23/22 |

///
///
///

**JOINT STIPULATION AND ORDER OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO FILE A SECOND AMENDED COMPLAINT**

WHEREAS, On March 9, 2022, the Court issued an order granting Plaintiffs' Motion to File a Supplemental Complaint, directing Plaintiffs to file a First Amended Complaint within fourteen days of its order.

WHEREAS, Plaintiffs filed their First Amended Complaint on March 23, 2022.

WHEREAS, on March 25, 2022, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint ("Motion"). Defendants County of Butte, Roxanne Lara, Candice Carr and Dawn Horowitz-Person (collectively, "Defendants") do not oppose Plaintiffs' Motion.

WHEREAS, the parties agree that Defendants do not need to respond to the First Amended Complaint. The parties further agree that Defendants will have 21 days from the date of the filing of the Second Amended Complaint to file a responsive pleading to the Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated:  April 8, 2022                           LAW OFFICES OF SUSANNAH M. LUND

                                               By   */s/ Susannah M. Lund* (as approved on 4/8/22)
                                                    Susannah M. Lund
                                                    Attorney for Plaintiffs

Dated:  April 8, 2022                           PORTER SCOTT
                                                A PROFESSIONAL CORPORATION

                                               By   */s/ David R. Norton*
                                                    David R. Norton
                                                    Alison J. Southard
                                                    Attorneys for Defendants Butte County
                                                    Probation Department, Roxanne Lara, and
                                                    Candice Carr

Dated:  April 8, 2022                           LAURIA TOKUNAGA GATES & LINN, LLP

                                               By   */s/ Joseph Helfrick* (as approved on 4/8/22)
                                                    Raymond R. Gates
                                                    Joseph Helfrick
                                                    Attorneys for Defendant Dawn Horwitz-Person

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for Plaintiffs to file a Second Amended Complaint and finding good cause therefore, hereby approves:

1. Plaintiffs are permitted to file a Second Amended Complaint. The Second Amended Complaint shall be filed by April 15, 2022.
2. Defendants shall have 21 days after the Second Amended Complaint is filed to file a response to it;
3. As Plaintiffs have agreed to amend the Complaint, the Defendants are relieved of their respective obligations to file a pleading in response to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: April 8, 2022

_____
Troy L. Nunley
United States District Judge