UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUTTE COUNTY PROBATION DEPARTMENT, *et al.*, <br><br> Defendants. | Case No. 2:20-cv-02248-TLN-DMC <br><br> **ORDER FOR PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT** |

Upon a finding of good cause, as set forth in the parties' JOINT STIPULATION FOR PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT, the Court hereby orders as follows:

It is **ORDERED** that**:**

1. Plaintiffs shall file a Third Amended Complaint not later than May 6, 2022.

2. Defendants shall respond within twenty-one (21) days of the filing of the Third Amended Complaint.

**DATED: April 29, 2022**

Troy L. Nunley
United States District Judge

1
ORDER FOR PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT
Case No.: 2:20-cv-02248-TLN-DMC