**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Alison J. Southard SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: dnorton@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
EMAIL: bstephens@buttecounty.net

Attorneys for Defendants
BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA and CANDICE CARR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DOE individually, and RICHARD ROE on behalf of MINORS A, B, and C;<br><br>Plaintiffs,<br><br>v.<br><br>BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA, DAWN HOROWITZ-PERSON, CANDICE CARR;<br><br>Defendants. | Case No.: 2:20-cv-02248-TLN-DMC<br><br>**NOTICE OF DEFENDANTS BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA AND CANDICE CARR'S REQUEST TO SEAL DOCUMENTS**<br><br>Complaint Filed: 11/09/20<br>First Amended Complaint Filed: 03/23/22<br>Second Amended Complaint Filed: 04/15/22<br>Third Amended Complaint Filed: 05/06/22 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA and CANDICE CARR ("Defendants") will and hereby do seek an Order to Seal Documents, pursuant to Local Rules 140 and 141. The documents Defendants request to be sealed are: (1) the Request for Judicial Notice in Support

of Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint ("RJN"); and (2) Exhibit A attached thereto.

Defendants request that the documents be sealed because the public interest in disclosure is extremely limited and good cause and/or compelling reasons support sealing the records. Specifically, public disclosure of the records threatens Plaintiffs' privacy interests because the records contain Plaintiffs' identifying information, which the Court deemed confidential in its January 6, 2021 order granting Plaintiffs' Motion to Proceed Under Pseudonym. (*See* ECF No. 28, 6:2-5.) Further, Defendants are concerned that Plaintiffs' true identities may not be protected through redaction alone, and file this Request to Seal out of an abundance of caution. (*See Id.*)

The Request is based on this Notice, the Request to Seal Documents, the pleadings on file in this action, and any and all evidence that the Court may consider.

Pursuant to Local Rule 141(b), the Request to Seal Documents, the Proposed Order, and the documents covered by the Request were e-mailed to the Honorable District Judge Nunley's proposed orders email inbox and served on all parties to the case.

Date: June 9, 2022                    PORTER | SCOTT
                                      A PROFESSIONAL CORPORATION


                                      By    */s/ David R. Norton*
                                              David R. Norton
                                              Alison J. Southard
                                              Attorneys for Defendants BUTTE COUNTY
                                              PROBATION DEPARTMENT, ROXANNE
                                              LARA and CANDICE CARR