UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BUTTE COUNTY PROBATION DEPARTMENT, et al.;<br><br>    Defendants. | No.: 2:20-cv-02248-TLN-DMC<br><br>**SEALING ORDER** |

   Defendants BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA and CANDICE CARR ("Defendants") request that Defendants' Request for Judicial Notice in support of their Motion to Dismiss ("RJN"), and Exhibit A thereto, be sealed. Good cause appearing and noting no opposition, the Court GRANTS Defendants' request to seal the RJN and Exhibit A.

   IT IS SO ORDERED.

Dated: 6/27/2022

Troy L. Nunley
United States District Judge