UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DOE individually, and RICHARD ROE on behalf of Minor A, Minor B, and Minor C;<br><br>Plaintiffs,<br><br>v.<br><br>BUTTE COUNTY PROBATION DEPARTMENT, ROXANNE LARA, CANDICE CARR, and DAWN HORWITZ-PERSON;<br><br>Defendants. | Case No.  2:20-cv-02248-DJC-DMC<br><br>**ORDER TO SUBSTITUTE A PLAINTIFF**<br><br>Judge: Honorable Daniel J. Calabretta<br>Trial Date: None Set<br>Action Filed: November 9, 2020 |

The parties in the above-entitled matter have filed a Joint Stipulation to Substitute a Plaintiff. After consideration of the stipulation, and in accordance with Federal Rule of Civil Procedure 17,

**IT IS HEREBY ORDERED:**

1. The individual currently identified as Minor A, who is currently represented by guardian *ad litem* Richard Roe in the above-entitled action, shall substitute into the case as an individual plaintiff under the pseudonym of "Janie Doe."

2. All references to Minor A in the existing pleadings and papers in the above-entitled action shall hereafter be interpreted as references to plaintiff Janie Doe.

3. The plaintiffs in the above-entitled matter shall now be captioned as "JOHN DOE and JANIE DOE as individuals, and RICHARD ROE on behalf of MINOR B and MINOR C."

Dated:  November 22, 2024          /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE